UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLARENCE JAY FAULKNER,

    Plaintiff,

v.

SHERI POTEET, *et al*,

    Defendants.

Case No. C08-5508RBL-KLS

ORDER TO SHOW CAUSE

This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local Rules MJR 3 and 4. This matter comes before the Court on plaintiff's filing of an application to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983. To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

On August 18, 2008, the Clerk received plaintiff's complaint and application to proceed *in forma pauperis*]. (Dkt. #1). Plaintiff's application, however, is deficient, in that he only submitted the first page thereof. In addition, Pursuant to 28 U.S.C. § 1915(a)(2):

> A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for

ORDER
Page - 1

the 6-month period immediately preceding the filing of the complaint or notice of
appeal, obtained from the appropriate official of each prison at which the prisoner is or
was confined.

Plaintiff thus was required to submit a statement showing the balance and activity of his account for the six-month period immediately preceding the filing of his complaint.

While plaintiff did submit one page "PLRA *In Forma Pauperis* Status Report" for the six-month period of December 1, 2007, through May 31, 2008, he did not provide any documentation showing the balance and <u>activity</u> in his account for that period. The Court, however, requires that information – as well as a full and complete copy of the *in forma pauperis* application form – in order to properly evaluate his entitlement to *in forma pauperis* status.

Accordingly, the Court orders the following:

(1) Plaintiff shall seek to cure the above deficiencies by filing **no later than September 20, 2008**, (a) a fully completed and signed copy of his *in forma pauperis* application form, and (b) a copy of his prison trust account statement pursuant to 28 U.S.C. § 1915(a)(2) showing the <u>balance</u> and <u>activity</u> of his account(s) for the six-month period immediately preceding the filing of his complaint.

**Failure to cure these deficiencies by the above date shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.**

(2) The Clerk is directed to send a copy of this Order to plaintiff, along with the appropriate *in forma pauperis* application form.

DATED this 21st day of August, 2008.

Karen L. Strombom
United States Magistrate Judge