UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLARENCE JAY FAULKNER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHERI POTEET, *et al*,<br><br>　　　　　Defendants. | CASE NO.　　C08-5508RBL-KLS<br><br>ORDER |

The Court, having reviewed defendants' motion for summary judgment (Dkt. #29), the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation [Dkt. #46], defendants' response thereto [Dkt. #47], and the remaining record, does hereby find and ORDER:

(1)　　The Court adopts the Report and Recommendation;

(2)　　Defendants' motion for summary judgment (Dkt. #29) is GRANTED;

(3)　　Plaintiff's complaint is DISMISSED with prejudice;

(4)　　All other motions currently pending before the Court are DISMISSED as well; and

(5)　　The Clerk is directed to send copies of this Order to plaintiff, defendants' counsel and Magistrate Judge Karen L. Strombom.

DATED this 14th day of September, 2009.

　　　　　　　　　　　　　　　　　/s/ Ronald B. Leighton
　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE