# United States District Court

WESTERN DISTRICT OF WASHINGTON

CLARENCE JAY FAULKNER

JUDGMENT IN A CIVIL CASE

v.

SHERI POTEET et al

CASE NUMBER: C08-5508RBL-KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. Defendants' motion for summary judgment (Dkt. #29) is GRANTED;

3. Plaintiff's complaint is DISMISSED with prejudice; and

4. All other motions currently pending before the Court are DISMISSED.

September 17, 2009           BRUCE RIFKIN
                                                          Clerk

                                                       /s/ Jennie L. Patton
                                                           By, Deputy Clerk